NUMBER
13-10-00313-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

IVORY
MILLER,                                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 214th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                  MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza

                                   Memorandum
Opinion Per Curiam

 








Appellant,
Ivory Miller, by and through his attorney, has filed a motion to dismiss his
appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed 

the appeal at
appellant's request, no motion for rehearing will be entertained, and our 

 

mandate will
issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

17th day of June, 2010.